# Order

Michigan Supreme Court
Lansing, Michigan

July 1, 2015

150167

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

TOM NOWACKI/All Others Similarly Situated,
      Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellant.

SC: 150167
COA: 315969
Washtenaw CC: 11-000852-CD

_____/

On order of the Court, the application for leave to appeal the August 19, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015



Clerk

s0624p